STATE of Wisconsin, Plaintiff-Respondent-Petitioner,

v.

William J. CHURCH, Defendant-Appellant.

Supreme Court

*No. 97–3140–CR. Oral argument April 6, 2000.—Decided July 11, 2000.*

2000 WI 90

(Also reported in 613 N.W.2d 848.)

For the plaintiff-respondent-petitioner the cause was argued by *Susan M. Crawford*, assistant attorney general, with whom on the briefs was *James E. Doyle*, attorney general.

For the defendant-appellant there was a brief and oral argument by *James L. Fullin*, assistant state public defender.

¶ 1.   PER CURIAM.   The State petitioned for review of the decision of the court of appeals, *State v. Church*, 223 Wis. 2d 641, 589 N.W.2d 638 (Ct. App. 1998), reversing a judgment of conviction of the Circuit Court for Dane County, Sarah B. O'Brien, Judge. The conviction was for two counts of child enticement, one a

violation of Wis. Stat. § 948.07(3) and the other a violation of Wis. Stat. § 948.07(6), based on one act of causing a child to enter a hotel.

¶ 2. The court of appeals reversed the conviction. It held that the two counts were multiplicitous "because Wis. Stat. § 948.07 does not permit multiple punishments for one act of enticement simply because the defendant intended multiple misdeeds, rather than a single misdeed, with the victim." 223 Wis. 2d at 645–46.

¶ 3. The State argued in the court of appeals, in its petition for review and in its briefs to this court, that Wis. Stat. § 948.07 creates multiple offenses that may be punished separately. At oral argument the State departed from its prior position. It argued that its interpretation of the child enticement statute advanced in *State v. Derango*, 2000 WI 89, 236 Wis. 2d 721, 613 N.W.2d 833, is correct, namely, that Wis. Stat. § 948.07 creates a single offense with alternative mental states that may be submitted to the jury without a requirement of unanimity.

¶ 4. The issue framed in the present case has been decided by this court in *State v. Derango*, of even date.

¶ 5. For the reasons set forth, we conclude that review in this case was improvidently granted, and we dismiss the petition for review.

*By the Court.*—The review of the decision of the court of appeals is dismissed.